# CHESTNUTT, *Trustee,* v. PATTERSON MERCANTILE CO.

### No. 2722.   Opinion Filed May 6, 1913.

### (132 Pac. 322.)

**APPEAL AND ERROR—Dismissal—Failure to Serve Case-Made.** A party desiring to appeal has three days, by statute, in which to serve a case-made, after the overruling of the motion for a new trial has been entered; and unless such case-made is served within such time, or within the extension properly allowed by the court, the appeal will be dismissed.

(Syllabus by Robertson, C.)

*Error from District Court, Muskogee County;*
*John H. King, Judge.*

Action by the Patterson Mercantile Company against H. M. Chestnutt, Trustee.   Judgment for plaintiff, and defendant brings error.   Dismissed.

*Sam V. O'Hare,* for plaintiff in error.
*Benj. Martin, Jr.,* for defendant in error.

Opinion by ROBERTSON, C. Defendant in error is here insisting that this appeal should be dismissed, for the reason that this court has no jurisdiction, for that the case-made was not prepared, served, and signed within the extension of time allowed by the trial court.

The record shows that the motion for a new trial was overruled November 28, 1910, and on the same day an order was entered extending the time in which to make and serve a case-made for 60 days. This is the only order ever entered extending the time. This extension expired January 28, 1911. The case was served February 20, 1911. There is what purports to be a stipulation between the parties on file, wherein they agree to an extension; but this stipulation was not presented to nor acted upon by the court. It is the province of the court to make orders extending the time in which to make and serve a case-made. Hence it necessarily follows, from the disclosure of the record as above set out, that the case-made was not prepared or served within the time fixed by law, or the order of the court, and the same is wholly insufficient to confer jurisdiction upon this court. *Foulds v. Hubbard,* 36 Okla. —, 128 Pac. 108; *Heath v. Tanner,* 30 Okla. 598, 120 Pac. 636; *Carr v. Thompson,* 27 Okla. 7, 110 Pac. 667; *Cowan v. Maxwell,* 27 Okla. 87, 111 Pac. 388; *McCoy v. McCoy,* 27 Okla. 371, 112 Pac. 1040.

For this reason the appeal should be dismissed.

By the Court: It is so ordered.